UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REMOI CAMPBELL,

    Petitioner,

v.                                       Case No.:  2:23-cv-973-SPC-KCD

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## OPINION AND ORDER

    Before the Court are Petitioner Remoi Campbell's Motion for a More Definite Statement (Doc. 8) and Motion for Summary Judgment (Doc. 9). The Court dismissed Campbell's habeas petition because it did not state any habeas claims, and because Campbell did not exhaust post-conviction remedies in state court. Both of Campbell's one-page motions express general disagreement with the dismissal.

    Campbell's motions explicitly request compensation, attorney fees, appointment of counsel, and a "more definite statement." These requests are frivolous—Campbell does not state any conceivable ground for entitlement to those remedies. To the extent Campbell seeks reconsideration of the dismissal, that implied request also lacks merit. Reconsideration of a prior order is an extraordinary measure that should be applied sparingly. *Adams v. Beoneman*,

335 F.R.D. 452, 454 (M.D. Fla. 2020). Campbell does not state any valid ground for reconsideration. Accordingly, Campbell's motions (Docs. 8 and 9) are **denied**.

**DONE** and **ORDERED** in Fort Myers, Florida on November 22, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record